# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EV-17 | E2575156 | SPC Ronca | R6836 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 11/01/2025 / 0113

Offense Charged ☐ CFR ☒ USC ☐ State Code: 18 USC 1382

Place of Offense: Hatfield Gate, Fort Myer, VA. 22211

Offense Description: Factual Basis for Charge HAZMAT ☐

Entering Military, Naval, Or Coast Guard property.
18 USC 13

**DEFENDANT INFORMATION** [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Todoroki | Emi | Y |

Street Address
[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

CVB SCAN 11/10/2025 14:31

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ______ Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ ______ Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. District Court, 401 Courthouse Sq. Alexandria VA 22314

Date: 01/21/2026

Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signature]

Original - CVB Copy

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 1 Nov, 2025, while exercising my duties as a law enforcement officer in the Eastern District of Virginia

I was dispatched to Hatfield Gate in response to Someone tresspassing on Federal property. A traffic stop was initiated. The tresspasser was identified as Todoroki, Emi by her California Drivers license. A check through VCIN/NCIC revealed no wants/warrants and license was valid.

CVB SCAN 11/10/2025 14:31

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

☒ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/01/2025 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident